EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2005 TSPR 11 |
| | 163 DPR _____ |
| Elsie Prieto Ferrer | |

Número del Caso: TS-8710

Fecha: 23 de febrero de 2005

Abogados de la Peticionaria:

Lcdo. Eliezer Aldarondo Ortiz
Lcda. Rosa Campos Silva

Materia: Solicitud de Reinstalación a la Notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Elsie Prieto Ferrer                    TS-8710

RESOLUCIÓN

San Juan, Puerto Rico, a 23 de febrero de 2005

Atendida la solicitud de reinstalación al ejercicio de la notaría radicada por la Lcda. Elsie Prieto Ferrer, se autoriza la reinstalación de ésta al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez concedería término a la Oficina de Inspección de Notaría para expresarse.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo